NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ELIFIS REMY,                                )
                                            )
          Appellant,                        )
                                            )
v.                                          )          Case No.  2D17-3393
                                            )
STATE OF FLORIDA,                           )
                                            )
          Appellee.                         )
_____)

Opinion filed May 25, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Elifis Remy, pro se.


PER CURIAM.

          Affirmed.



SILBERMAN, KELLY, and LUCAS, JJ., Concur.